**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

IN RE WYTHE BERRY FEE OWNER LLC

25 **CIVIL** 6305 (JLR)

## JUDGMENT

-------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated January 21, 2026, the Court AFFIRMS the

bankruptcy court's decision in full.

**Dated:**  New York, New York
            January 22, 2026

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

**BY:**        K. mango

_____
**Deputy Clerk**